IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALVON PHILLIPS                                                                                          PLAINTIFF

v.                                      CASE NO. 4:18-CV-00226 BSM
                                        CASE NO. 4:18-CV-00422 BSM

UNITED STATES FIRE
INSURANCE COMPANY, et al.                                                                               DEFENDANTS

## ORDER

Pursuant to the joint stipulation of dismissal [Doc. No. 34], this case is dismissed with prejudice. Jurisdiction shall be retained to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED this 12th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE