IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALVON PHILLIPS                                                                                   PLAINTIFF

v.                          CASE NO. 4:18-CV-00226 BSM
                            CASE NO. 4:18-CV-00422 BSM

UNITED STATES FIRE
INSURANCE COMPANY, et al.                                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE